[No. 36040-0-I.    Division One.    April 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
BADRIYYAH MANASIN MAHMOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-03319-7, Ann Schindler, J., entered December 13, 1994. *Dismissed* by unpublished per curiam opinion.

[No. 36018-3-I.    Division One.    May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MITCHELL
R. WESTRE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-8-06743-7, Mary Wicks Brucker, J., entered January 18, 1995. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 36045-1-I.    Division One.    May 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
EVERETT HALDANE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-06600-1, LeRoy McCullough, J., entered January 23, 1995. *Remanded* by unpublished per curiam opinion.

[No. 34648-2-I.    Division One.    May 13, 1996.]

GREGORY FISHER, ET AL., *Appellants*, v. ST. JOSEPH'S
HOSPITAL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-2-00558-0, Michael F. Moynihan, J., entered August 16, 1993 and April 21, 1994. *Reversed* by unpublished opinion per Becker, J., concurred in by Grosse and Cox, JJ.